

**NUMBER 13-10-00436-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PATRICIA GOMEZ MONROY,                                                           Appellant,

v.

MARIA DE LOS ANGELES DOMIT, ET AL.,                              Appellees.

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

# O R D E R

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This appeal was abated by this Court on December 21, 2011, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. On May 27, 2015, this Court issued an order requesting the status of the appeal. In response, the parties requested the appeal remain abated. Since that time, there has been no activity in this appeal.

The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution.   *See* TEX. R. APP. P. 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed the
31st day of May, 2016.   .